UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 08-CV-00236-MRP (MANx) | Date | September 23, 2009 |
|---|---|---|---|
| Title | *Adams, et al. v. Mozilo, et al.* | | |

| Present: The Honorable | Mariana R. Pfaelzer, Senior U.S. District Judge |
|---|---|

| Cynthia Salyer | Not present. |
|---|---|
| Courtroom Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None. | None. |

**Proceedings:**      **IN CHAMBERS**

    Plaintiffs are ORDERED TO SHOW CAUSE within 14 calendar days as to why this case should not be dismissed in light of the acquisition's completion and subsequent events in the Delaware Court of Chancery.

    IT IS SO ORDERED.

:     00

Initials of Deputy Clerk